**Order entered March 27, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01141-CR

**JEREMY JOHN SANDERSFELD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-82341-07**

## ORDER

The Court has before it appellant's March 25, 2014 pro se request for an extension of time to file a response to counsel's *Anders* brief. By order dated March 18, 2014, the Court struck the brief because the record was incomplete and the brief did not comply with the requirements of *Anders*. The Court ordered rebriefing after the complete record has been filed. The amended brief is not due until May 17, 2014, and has not yet been filed.

Accordingly, we **DENY** appellant's March 25, 2014 pro se request without prejudice to appellant filing another request if the new brief filed by counsel is also an *Anders* brief.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Jeremy John Sandersfeld, TDCJ No. 1875695, Luther Unit, 6800 Luther Drive, Navasota, Texas 77868.

/s/     LANA MYERS
           JUSTICE